**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01350-CR

**DONALD RAY MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-47067-Y**

## ORDER

Appellant's November 25, 2015 motion for extension of time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.

/s/      LANA MYERS
JUSTICE